UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOHN H. HANDY,

    Petitioner,

v.

GREGORY SCHWARTZ,

    Respondent.

Case No. 08-cv-242-JPG

## **JUDGMENT**

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner John H. Handy's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2254 is dismissed as moot.

**DATED: January 5, 2009**        **NORBERT JAWORSKI**

                                                   **By:s/Deborah Agans, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**